RECEIVED AND FILED
CLERK'S OFFICE USDC PR

2021 JUN 17 PM 12:23

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>**LUIS OMAR CARRASQUILLO-VELAZQUEZ**<br><br>Defendant, | INDICTMENT<br><br>CRIM. NO. 21-**219** (**PAD**)<br><br>VIOLATION:<br><br>18 U.S.C. § 922(o)(1)<br><br>FORFEITURE:<br>18 U.S.C. § 924(d)<br><br>(ONE COUNT) |

THE GRAND JURY CHARGES:

### COUNT ONE
**Unlawful Possession of a Machinegun**
**(Title 18, United States Code, Section 922(o)(1))**

On or about June 13, 2021, in the District of Puerto Rico and within the jurisdiction of this Court,

**LUIS OMAR CARRASQUILLO-VELAZQUEZ**

the defendant herein, knowingly possessed a machinegun, that is, one (1) modified black Glock pistol model 22, bearing serial number VMD097, loaded with .40 caliber ammunition, which shoots automatically more than one shot, without manual reloading, by a single function of the trigger, in violation of Title 18 U.S.C. §§ 922(o) and 924(a)(2).

## FIREARMS AND AMMUNITION FORFEITURE ALLEGATION
## Title 18, United States Code, Section 924(d) and
## Title 28, United States Code, Section 2461(c)

The allegations contained in Count One of this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c). Upon conviction of the offenses set forth in Count One of this Indictment, the defendant, **LUIS OMAR CARRASQUILLO-VELAZQUEZ**, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved or used in the commission of the offense, including, but not limited to: one (1) modified black Glock pistol model 22, bearing serial number VMD097, 26 rounds of .40 caliber ammunition, and two magazines.

[CONTINUED ON NEXT PAGE]

W. STEPHEN MULDROW
United States Attorney

TRUE BILL

_____
FOREPERSON

Dated: June 17, 2021

_____
Alberto R. Lopez-Rocafort
Assistant United States Attorney
Chief, Gangs Division

_____
John Auchter
Special Assistant United States Attorney