IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>  Plaintiff,<br>             v.<br><br>LUIS CARRASQUILLO VELÁZQUEZ<br>  Defendant. | Criminal no. 21-219 (PAD) |

**MOTION FOR AUTHORIZATION TO FILE CJA VOUCHER**

**TO THE HONORABLE COURT:**

Comes now the defendant, Mr. Carrasquillo Velázquez, and respectfully states and prays as follows:

1. The undersigned was appointed to represent the defendant on June 15, 2021. (See Docket Entry #3)

2. That same day, Mr. Morales Schmidt, entered a Notice of Appearance to represent Mr. Carrasquillo Velázquez. (See Docket Entry #5)

3. On June 17, 2021, the Honorable Judge Delgado noted the Notice of Appearance. (See Docket Entry # 12)

4. Upon motion by the undersigned, the Court granted a Motion to Withdraw from representing Mr. Carrasquillo Velázquez. (See Docket Entry #18)

**WHEREFORE**, the undersigned respectfully requests that the Court takes note of the present motion and authorize the undersign to file his CJA voucher for the work performed in representation of the defendant.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 24th day of June 2021.

**I HEREBY CERTIFY**, that on this date the present document has been filed electronically and is available for viewing and downloading from the Court's CFM/ECF system by U.S. Attorney's Office.

*s/ Diego H. Alcalá Laboy*
Diego H. Alcalá Laboy
PO Box 12247
Tel.: (787) 432-4910
USDC-PR No. 300504
dalcala@defensorialegal.com